IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOB KING, | ) |
| | ) Civil Action No. 12 – 111J |
| Plaintiff, | ) |
| | ) |
| v. | ) Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| STEVEN R. GLUNT, Superintendent; JENNEFER ROSSMAN, Unit Manager at SCI Houtzdale; CO 1 HENRY, Unit Manager at SCI Houtzdale; REESE, Unit Manager at SCI Houtzdale; BAILEY, Unit Manager at SCI Houtzdale; MARY JO BARBER, Unit Manager at SCI Houtzdale; and ROBERT BLAKE, Unit Manager at SCI Houtzdale, | ) ECF No. 25 |
| Defendants. | ) |

## ORDER

**AND NOW**, this 11th day of January, 2013;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is not permitted to amend his complaint as granting him leave to do so would be futile. *See* Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc., 482 F.3d 247, 251 (3d Cir. 2007); *see also* Alston v. Parker, 363 F.3d 229, 235 (3d Cir. 2004) (asserting that where a complaint is vulnerable to dismissal pursuant to 12(b)(6), the district court must offer the opportunity to amend unless it would be inequitable or futile).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

1

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc:   Bob King
      595 East 170th Street
      Apt. 3N
      Bronx, NY  10456
      *Via U.S. Postal Mail*

      Counsel of Record
      *Via Electronic Mail*