# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BOB KING,                              )
                                       )     Civil Action No. 12 – 111J
              Plaintiff,               )
                                       )
       v.                              )     Chief Magistrate Judge Lisa Pupo Lenihan
                                       )
STEVEN R. GLUNT, Superintendent;       )
JENNEFER ROSSMAN, Unit                 )     ECF No. 25
Manager at SCI Houtzdale; CO 1         )
HENRY, Unit Manager at SCI             )
Houtzdale; REESE, Unit Manager at      )
SCI Houtzdale; BAILEY, Unit            )
Manager at SCI Houtzdale; MARY JO      )
BARBER, Unit Manager at SCI            )
Houtzdale; and ROBERT BLAKE,           )
Unit Manager at SCI Houtzdale,         )
                                       )
              Defendants.              )

## ORDER

**AND NOW**, this 11th day of January, 2013;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants (ECF No.
25) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is not permitted to amend his complaint as
granting him leave to do so would be futile.  *See* Fletcher-Harlee Corp. v. Pote Concrete
Contractors, Inc., 482 F.3d 247, 251 (3d Cir. 2007); *see also* Alston v. Parker, 363 F.3d 229, 235
(3d Cir. 2004) (asserting that where a complaint is vulnerable to dismissal pursuant to 12(b)(6),
the district court must offer the opportunity to amend unless it would be inequitable or futile).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc:    Bob King
595 East 170th Street
Apt. 3N
Bronx, NY  10456
*Via U.S. Postal Mail*

Counsel of Record
*Via Electronic Mail*